```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 23382
   LARRY D GILL
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5248


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/13/2007 and was not confirmed.

     The case was dismissed without confirmation 03/13/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00            .00             .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE         .00            .00             .00
CITY OF CHICAGO WATER DE SECURED            624.00            .00             .00
COOK COUNTY TREASURER    SECURED           3939.00            .00             .00
AMERICAS FINANCIAL CHOIC UNSEC W/INTER      589.04            .00             .00
ECONOMY INTERIORS        UNSEC W/INTER     3078.96            .00             .00
CITY OF CHICAGO PARKING  UNSEC W/INTER NOT FILED              .00             .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED              .00             .00
ILLINOIS TITLE LOANS     UNSEC W/INTER NOT FILED              .00             .00
LANSING COMMUNITY COLLEG UNSEC W/INTER NOT FILED              .00             .00
EVERGREEN MEDICAL SPECIA UNSEC W/INTER NOT FILED              .00             .00
NATIONWIDE COMMERCIAL LP UNSEC W/INTER NOT FILED              .00             .00
CRANDON EMERGENCY PHYS   UNSEC W/INTER NOT FILED              .00             .00
ILLINOIS DEPT OF EMPLOYM UNSEC W/INTER     4819.00            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------    --------------
TOTALS                        .00                  .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 23382 LARRY D GILL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```